# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

Robert P. Young, Jr.,
Chief Justice

142283

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CITY OF CHARLOTTE,
  Plaintiff/Counter-Defendant/
  Appellant,

v

SC: 142283
COA: 298752
Eaton CC: 08-001471-CC

WILLIAM B. CRITTENDEN and
MARILYN J. CRITTENDEN,
  Defendants/Counter-Plaintiffs/
  Appellees.

_____/

On order of the Court, the application for leave to appeal the November 24, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

p0620